PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant for Offender Under Supervision

**Name of Offender:** Anthony Terrell Davis                **Docket Number:** 04-00345-001
                                                           **PACTS Number:** 39832

**Name of Sentencing Judicial Officer:** HONORABLE Dennis M. Cavanaugh, United States District Judge

**Date of Original Sentence:** 12/17/2007

**Original Offense:** UNLAWFUL POSSESSION OF A FIREARM BY A CONVICTED FELON (2 counts), Title 18, U.S.C., Section 922(g)(1) & 2

**Original Sentence:** 48 months imprisonment; 3 years supervised release.

**Type of Supervision:** Supervised release                **Date Supervision Commenced:** 12/18/07

**Assistant U.S. Attorney:** Harvey Bartel, 970 Broad Street, Room 502, Newark, New Jersey 07102, 973/645-2700

**Defense Attorney:** Martin S. Goldman, 1140 Bloomfield Avenue, West Caldwell, New Jersey 07006-7126, 973/882-3555

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1.    The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

      On November 21, 2008, Davis was charged with Conspiracy to Commit Armed Robbery, Armed Robbery, and Criminal Restraint for offenses which he committed on November 14, 2008 in Kearny, New Jersey.

2.    The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

      Davis used a controlled substance on or about October 16, 2008 as evidenced by his positive drug test for Marijuana submitted on October 16, 2008.

PROB 12C - Page 2
Anthony Terrell Davis

3. The offender has violated the supervision condition which states 'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'

Davis failed to abide by the Probation Code-a-Phone daily drug testing program in that he did not call as required on November 16, November 17 and each day from November 25 to December 1, 2008.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas Stone
Senior U.S. Probation Officer
Date: 12/3/08

THE COURT ORDERS:

[ ✓ ] The Issuance of a Warrant
[   ] The Issuance of a Summons. Date of Hearing: _____.
[   ] No Action
[   ] Other

Signature of Judicial Officer

4 DEC. 2008
Date